**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-00315-CMA-BNB

MARIANA VERGARA,

    Plaintiff,

v.

BC SERVICES, INC.,

    Defendant.

___

**ORDER OF DISMISSAL WITH PREJUDICE**
___

Pursuant to Plaintiff's Unopposed Motion To Dismiss With Prejudice (Doc. # 6), it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

DATED: February __27__, 2014

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge